# NOTICE OF REMOVAL

# EXHIBIT A
## Part 5 of 5

April 24, 2019

# SUMMONS

## IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS

ALAN HELMAN; MARJORIE HELMAN;
LEPONT PALM BEACH, LLC;
MAURICE KASPY; LIBORIO PIAZZA;
TROY HAMMOND; and TIMOTHY AKER,

           Plaintiffs,

vs.

MARRIOTT INTERNATIONAL, INC., a Maryland corporation; THE RITZ-CARLTON HOTEL COMPANY, LLC, a Delaware corporation; RC HOTELS (VIRGIN ISLANDS), INC., a U.S. Virgin Islands corporation; THE RITZ-CARLTON CLUB, ST. THOMAS, INC., a U.S. Virgin Islands corporation; RC ST. THOMAS, LLC, a U.S. Virgin Islands limited liability company; MARRIOTT VACATIONS WORLDWIDE CORPORATION, a Delaware corporation; MARRIOTT OWNERSHIP RESORTS, INC., a Delaware corporation; RITZ-CARLTON MANAGEMENT COMPANY, LLC, a Delaware limited liability company; THE RITZ-CARLTON DEVELOPMENT COMPANY, INC., a Delaware corporation; COBALT TRAVEL COMPANY, LLC, INC., a Delaware limited liability company; THE LION & CROWN TRAVEL CO., LLC, a Delaware limited liability company; the NORTH AMERICAN TRUST, a land trust organized under Florida law; and DOES 1-50,

           Defendants.

ST-19-CV-36

**COMPLEX CASE DIVISION**

**CLASS ACTION COMPLAINT**

**JURY TRIAL DEMANDED**

**TO:** RC HOTELS (VIRGIN ISLANDS) INC.
Resident Agent: BoltNagi PC
Merchants Financial Center, 4608 Tutu Park Mall, Suite 202
St. Thomas, USVI 00802-1816; Phone 340.774.2944

    Pursuant to 5 V.I.C. § 4911 and within the time limited by law pursuant to V.I. Civ. P. Rule 4 *Summons and Service of Process* and Rule 12(A). *(a) Time to Serve a Responsive Pleading* (see page 2) you are hereby required to appear before this Court and answer to a complaint filed against you in this action and in case of your failure to appear or answer, judgment by default will be taken against you as demanded in the complaint, for damages.

April 25, 2019

WITNESS MY HAND AND THE SEAL OF THIS COURT THIS 6th DAY OF FEBRUARY 2019.

ESTRELLA H. GEORGE
Clerk of the Court

By: /s/ _____
Deputy

J. RUSSELL B. PATE, ESQ.
The Pate Law Firm
P.O. Box 890, St. Thomas, USVI 00804
340.777.7283 Office
888.889.1132 Fax
Pate@SunLawVI.com
SunLawVI@gmail.com
V.I. Bar No: 1124

**NOTE:** The defendant, if served personally, is required to file his answer or other defense with the Clerk of this Court, and to serve a copy thereof upon the plaintiff's attorney within twenty-one (21) days after service of this summons, excluding the date of service. The defendant, if served by publication or be personal service outside of the jurisdiction, is required to file his answer or other defense with the Clerk of this Court, and to serve a copy thereof upon the attorney for the plaintiff within thirty (30) days after the completion of the period of publication or personal service outside of the jurisdiction.

**V.I. Civ. Pro. Rule 12.**
*DEFENSES AND OBJECTIONS: WHEN AND HOW PRESENTED; MOTION FOR JUDGMENT ON THE PLEADINGS; CONSOLIDATING MOTIONS; WAIVING DEFENSES; PRETRIAL HEARING*
(a) Time to Serve a Responsive Pleading.
   (1) In General. Unless another time is specified by this rule or a statute of the Virgin Islands, the time for serving a responsive pleading is as follows:
      (A) A defendant served with the summons and complaint within the Virgin Islands must serve a responsive pleading within 21 days after being served.
      […]
      (C) A defendant served […] by summons and complaint by mail requiring a return receipt […] within 30 days from the date the defendant received the process.

## RETURN OF SERVICE

I hereby certify that I received this summons on the ...24... day of ...Apr... 2019...,
and that thereafter, on the ...25... day of ...Ap... 20..19..., I did serve
the same on the above named defendant, ...Rosie Thompson...
by showing h..er... this original and by then delivering to h..er... a copy of the complaint and the
summons which were forwarded to me attached thereto.

Marshall
Marlon A Richardson
110 Lindbergh Bay
St. Thomas VIVI 6804
............................
Deputy

## RETURN OF SERVICE

I hereby certify that I received this summons on the ......... day of ......................
20......, and that after making a careful, diligent search the defendant cannot be found in this jurisdiction.

Marshal

............................
Deputy

IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

Alan Helman; Marjorie Helman; Lepont Palm Beach LLC; Maurice Kaspy; Liborio Plazza; Troy Hammond and Timothy Aker

    Plaintiff(s)
Vs.

Marriott International Inc., The Ritz Carlton Hotel Company (VI) Inc The Ritz Carlton Club, St. Thomas, Inc., RC St. Thomas, LLC, Marriot Vacation Worldwide Corporation, Marriott Ownership Resort Inc., Ritz Carlton Management Company, LLC The Ritz Carlton Development Company Inc., Cobalt Travel Company LLC Inc. The Lion & Crown Travel Co. and North American Trust and Does 1-50
    Defendant(s)

No. ST-19-CV-36
ACTION FOR: Complex Case Division Class Action Complaint
JURY TRIAL DEMANDED

TO: RC Hotels (Virgin Islands) Inc.
Resident Agent Bolt Nagi
Merchants Financial Center 4608 Tutu Park Mall
St. Thomas, VI 00802

**AFFIDAVIT**

TERRITORY OF THE VIRGIN ISLANDS)
DIVISION OF ST. THOMAS – ST. JOHN)

    I, Marlon A. Richardson being sworn, depose and states:

1. I am a citizen of the United States, resident of the U.S. Virgin Islands, over 18 years of age, am not a party in the above entitled action, nor related to any of the parties herein; was duly appointed as a Process Server for the Superior Court of the U.S. Virgin Islands, License No. 23/2009, which Order is still valid.

2. I received copies of Summons and Complaint #ST-19-CV-36 dtd 6 Feb 19 in the above action and was able to serve as follows:

DATE RECEIVED: 24 Apr 19 DATE SERVED: 25 Apr 19 Time: 8:16am.
PERSON SERVED: Rosie Thompson (in hand).
PLACE SERVED: Merchants Financial Center 4608 Tutu Park Mall, St. Thomas, VI 00802

3. Such service was personally made by delivering to and leaving with said person true copies of said Summons and Complaint #ST-19-CV-36 dtd 6 Feb 19.

4. The person served was an adult and appeared mentally competent and was properly identified to be the person mentioned and described in said process or the person authorized according to law to receive such process.

5. I have made a diligent search and inquiry in N/A the person to be served but have been unable to find or learn of the whereabouts of the person and thus been unable to serve process on the said person.

SUBSCRIBED AND SWORN TO BEFORE ME THIS 26
DAY OF April , 20 19 .

_____
NOTARY PUBLIC
Shenica Grant Santos
My Commission Expires April 25, 2022
NP-131-18

Marlon A. Richardson
11D Lindberg Bay, St. Thomas, USVI
(340) 998-8453
_____
PROCESS SERVER

April 24, 2019

# SUMMONS

## IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS



| | |
|---|---|
| ALAN HELMAN; MARJORIE HELMAN; LEPONT PALM BEACH, LLC; MAURICE KASPY; LIBORIO PIAZZA; TROY HAMMOND; and TIMOTHY AKER,<br><br>    Plaintiffs,<br>vs.<br><br>MARRIOTT INTERNATIONAL, INC., a Maryland corporation; THE RITZ-CARLTON HOTEL COMPANY, LLC, a Delaware corporation; RC HOTELS (VIRGIN ISLANDS), INC., a U.S. Virgin Islands corporation; THE RITZ-CARLTON CLUB, ST. THOMAS, INC., a U.S. Virgin Islands corporation; RC ST. THOMAS, LLC, a U.S. Virgin Islands limited liability company; MARRIOTT VACATIONS WORLDWIDE CORPORATION, a Delaware corporation; MARRIOTT OWNERSHIP RESORTS, INC., a Delaware corporation; RITZ-CARLTON MANAGEMENT COMPANY, LLC, a Delaware limited liability company; THE RITZ-CARLTON DEVELOPMENT COMPANY, INC., a Delaware corporation; COBALT TRAVEL COMPANY, LLC, INC., a Delaware limited liability company; THE LION & CROWN TRAVEL CO., LLC, a Delaware limited liability company; the NORTH AMERICAN TRUST, a land trust organized under Florida law; and DOES 1-50,<br><br>    Defendants. | ST-19-CV-36<br><br>**COMPLEX CASE DIVISION**<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

TO:  THE RITZ-CARLTON CLUB, ST. THOMAS, INC
     Resident Agent: The Prentice-Hall Corporation System, Inc.
     St. Thomas, U.S. Virgin Islands 00802

Pursuant to 5 V.I.C. § 4911 and within the time limited by law pursuant to V.I. CIV. P. RULE 4 *Summons and Service of Process* and RULE 12(A). *(a) Time to Serve a Responsive Pleading* (see page 2) you are hereby required to appear before this Court and answer to a complaint filed against you in this action and in case of your failure to appear or answer, judgment by default will be taken against you as demanded in the complaint, for damages.

*L. Quetel* (Leslie Quetel)

3:15pm

WITNESS MY HAND AND THE SEAL OF THIS COURT THIS  6th  DAY OF FEBRUARY 2019.

J. RUSSELL B. PATE, ESQ.
The Pate Law Firm
P.O. Box 890, St. Thomas, USVI 00804
340.777.7283 Office
888.889.1132 Fax
Pate@SunLawVI.com
SunLawVI@gmail.com
V.I. Bar No: 1124

ESTRELLA H. GEORGE
Clerk of the Court

By: _____
Deputy

**NOTE:** The defendant, if served personally, is required to file his answer or other defense with the Clerk of this Court, and to serve a copy thereof upon the plaintiff's attorney within twenty-one (21) days after service of this summons, excluding the date of service. The defendant, if served by publication or be personal service outside of the jurisdiction, is required to file his answer or other defense with the Clerk of this Court, and to serve a copy thereof upon the attorney for the plaintiff within thirty (30) days after the completion of the period of publication or personal service outside of the jurisdiction.

**V.I. Civ. Pro. Rule 12.**
*DEFENSES AND OBJECTIONS: WHEN AND HOW PRESENTED; MOTION FOR JUDGMENT ON THE PLEADINGS; CONSOLIDATING MOTIONS; WAIVING DEFENSES; PRETRIAL HEARING*
(a) Time to Serve a Responsive Pleading.
   (1) In General. Unless another time is specified by this rule or a statute of the Virgin Islands, the time for serving a responsive pleading is as follows:
      (A) A defendant served with the summons and complaint within the Virgin Islands must serve a responsive pleading within 21 days after being served.
      [...]
      (C) A defendant served [...] by summons and complaint by mail requiring a return receipt [...] within 30 days from the date the defendant received the process.

**RETURN OF SERVICE**

I hereby certify that I received this summons on the ....24.... day of ....Apr.......... 2018....,
and that thereafter, on the ....24.... day of ....Apr.......................... 20..18., I did serve
the same on the above named defendant, ....Leslie Quetel..........................................
by showing h..er... this original and by then delivering to h..er... a copy of the complaint and the
summons which were forwarded to me attached thereto.

MARLON A RICHARDSON
Marshall
110 Lindberg Bay
St. Thomas USVI 00801
........................................
Deputy

**RETURN OF SERVICE**

I hereby certify that I received this summons on the .......... day of ....................
20......, and that after making a careful, diligent search the defendant cannot be found in this jurisdiction.

Marshal

........................................
Deputy

IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| Alan Helman; Marjorie Helman; Lepont Palm Beach LLC; Maurice Kaspy; Liborio Plazza; Troy Hammond and Timothy Aker<br><br>Plaintiff(s)<br>Vs.<br>Marriott International Inc., The Ritz Carlton Hotel Company (VI) Inc The Ritz Carlton Club, St. Thomas, Inc., RC St. Thomas, LLC, Marriot Vacation Worldwide Corporation, Marriott Ownership Resort Inc., Ritz Carlton Management Company, LLC The Ritz Carlton Development Company Inc., Cobalt Travel Company LLC Inc. The Lion & Crown Travel Co. and North American Trust and Does 1-50<br>Defendant(s) | No. ST-19-CV-36<br>ACTION FOR: Complex Case Division Class Action Complaint<br>JURY TRIAL DEMANDED |

TO: The Ritz Carlton Club, St. Thomas, Inc.
Resident Agent Prentice Hall Corporation System Inc.
St. Thomas, VI 00802

**AFFIDAVIT**

TERRITORY OF THE VIRGIN ISLANDS)
DIVISION OF ST. THOMAS – ST. JOHN)

I, Marlon A. Richardson being sworn, depose and states:

1. I am a citizen of the United States, resident of the U.S. Virgin Islands, over 18 years of age, am not a party in the above entitled action, nor related to any of the parties herein; was duly appointed as a Process Server for the Superior Court of the U.S. Virgin Islands, License No. 23/2009, which Order is still valid.

2. I received copies of Summons and Complaint #ST-19-CV-36 dtd 6 Feb 19 in the above action and was able to serve as follows:

DATE RECEIVED: 24 Apr 19 DATE SERVED: 24 Apr 19 Time: 3:15 pm.
PERSON SERVED: Leslie Quetel (in hand).
PLACE SERVED: Water Front Plaza Veteran Drive, St. Thomas, VI 00802

3. Such service was personally made by delivering to and leaving with said person true copies of said Summons and Complaint #ST-19-CV-36 dtd 6 Feb 19.

4. The person served was an adult and appeared mentally competent and was properly identified to be the person mentioned and described in said process or the person authorized according to law to receive such process.

5. I have made a diligent search and inquiry in N/A the person to be served but have been unable to find or learn of the whereabouts of the person and thus been unable to serve process on the said person.

SUBSCRIBED AND SWORN TO BEFORE ME THIS 26th
DAY OF April, 2019.

NOTARY PUBLIC
Shenica Grant Santos
My Commission Expires April 25, 2022
NP-131-18

Marlon A. Richardson
11D Lindberg Bay, St. Thomas, USVI
(340) 998-8453

PROCESS SERVER

April 24, 201*

# SUMMONS

## IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS

ALAN HELMAN; MARJORIE HELMAN;
LEPONT PALM BEACH, LLC;
MAURICE KASPY; LIBORIO PIAZZA;
TROY HAMMOND; and TIMOTHY AKER,

        Plaintiffs,

vs.

MARRIOTT INTERNATIONAL, INC., a Maryland corporation; THE RITZ-CARLTON HOTEL COMPANY, LLC, a Delaware corporation; RC HOTELS (VIRGIN ISLANDS), INC., a U.S. Virgin Islands corporation; THE RITZ-CARLTON CLUB, ST. THOMAS, INC., a U.S. Virgin Islands corporation; RC ST. THOMAS, LLC, a U.S. Virgin Islands limited liability company; MARRIOTT VACATIONS WORLDWIDE CORPORATION, a Delaware corporation; MARRIOTT OWNERSHIP RESORTS, INC., a Delaware corporation; RITZ-CARLTON MANAGEMENT COMPANY, LLC, a Delaware limited liability company; THE RITZ-CARLTON DEVELOPMENT COMPANY, INC., a Delaware corporation; COBALT TRAVEL COMPANY, LLC, INC., a Delaware limited liability company; THE LION & CROWN TRAVEL CO., LLC, a Delaware limited liability company; the NORTH AMERICAN TRUST, a land trust organized under Florida law; and DOES 1-50,

        Defendants.

**ST-19-CV-36**

**COMPLEX CASE DIVISION**

**CLASS ACTION COMPLAINT**

**JURY TRIAL DEMANDED**

Received April 24, 2019 for RC St Thomas, LLC only.

TO:    **RC ST. THOMAS, LLC.**
        Resident Agent: Duensing & Casner, PC
        Attn: James Casner, Esq.
        9800 Buccaneer Mall, Bldg. 2, Suite 9
        St. Thomas, USVI 00802

Pursuant to 5 V.I.C. § 4911 and within the time limited by law pursuant to V.I. CIV. P. RULE 4 *Summons and Service of Process* and RULE 12(A). *(a) Time to Serve a Responsive Pleading* (see page 2) you are hereby required to appear before this Court and answer to a complaint filed against you in this action and in case of your failure to appear or answer, judgment by default will be taken against you as demanded in the complaint, for damages.

1:12 pm

WITNESS MY HAND AND THE SEAL OF THIS COURT THIS 6th DAY OF FEBRUARY 2019.

J. RUSSELL B. PATE, ESQ.
The Pate Law Firm
P.O. Box 890, St. Thomas, USVI 00804
340.777.7283 Office
888.889.1132 Fax
Pate@SunLawVI.com
SunLawVI@gmail.com
V.I. Bar No: 1124

**ESTRELLA H. GEORGE**
Clerk of the Court

By: _____
Deputy

**NOTE:** The defendant, if served personally, is required to file his answer or other defense with the Clerk of this Court, and to serve a copy thereof upon the plaintiff's attorney within twenty-one (21) days after service of this summons, excluding the date of service. The defendant, if served by publication or be personal service outside of the jurisdiction, is required to file his answer or other defense with the Clerk of this Court, and to serve a copy thereof upon the attorney for the plaintiff within thirty (30) days after the completion of the period of publication or personal service outside of the jurisdiction.

**V.I. Civ. Pro. Rule 12.**
*DEFENSES AND OBJECTIONS: WHEN AND HOW PRESENTED; MOTION FOR JUDGMENT ON THE PLEADINGS; CONSOLIDATING MOTIONS; WAIVING DEFENSES; PRETRIAL HEARING*
(a) Time to Serve a Responsive Pleading.
   (1) In General. Unless another time is specified by this rule or a statute of the Virgin Islands, the time for serving a responsive pleading is as follows:
      (A) A defendant served with the summons and complaint within the Virgin Islands must serve a responsive pleading within 21 days after being served.
      [...]
      (C) A defendant served [...] by summons and complaint by mail requiring a return receipt [...] within 30 days from the date the defendant received the process.

**RETURN OF SERVICE**

I hereby certify that I received this summons on the .....24..... day of .....Apr..19......,
and that thereafter, on the .....24..... day of .....Apr.............................. 20 ..19.., I did serve
the same on the above named defendant, .....JAMES CASNER.................................
by showing h..im.... this original and by then delivering to h..im... a copy of the complaint and the
summons which were forwarded to me attached thereto.

                                                    MARION A. RICHARDSON
                                                    Marshal
                                                    110 Lindbergh Bay
                                                    St. Thomas, USVI 00804
                                                    Deputy

**RETURN OF SERVICE**

I hereby certify that I received this summons on the .......... day of .....................
20......, and that after making a careful, diligent search the defendant cannot be found in this jurisdiction.

                                                      Marshal

                                                    Deputy

## IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| Alan Helman; Marjorie Helman; Lepont Palm Beach LLC; Maurice Kaspy; Liborio Plazza; Troy Hammond and Timothy Aker<br><br>Plaintiff(s)<br>Vs.<br>Marriott International Inc., The Ritz Carlton Hotel Company (VI) Inc The Ritz Carlton Club, St. Thomas, Inc., RC St. Thomas, LLC, Marriot Vacation Worldwide Corporation, Marriott Ownership Resort Inc., Ritz Carlton Management Company, LLC The Ritz Carlton Development Company Inc., Cobalt Travel Company LLC Inc. The Lion & Crown Travel Co. and North American Trust and Does 1-50<br>Defendant(s) | No. ST-19-CV-36<br>ACTION FOR: Complex Case Division Class Action Complaint<br>JURY TRIAL DEMANDED |

TO: RC St. Thomas LLC
    Resident Agent Duensing & Casner PC
    Attn: James Casner
    9800 Buccaneer Mall Bldg. 2 Suite 9
    St. Thomas, VI 00802

### AFFIDAVIT

TERRITORY OF THE VIRGIN ISLANDS)
DIVISION OF ST. THOMAS – ST. JOHN)

I, Marlon A. Richardson being sworn, depose and states:

1. I am a citizen of the United States, resident of the U.S. Virgin Islands, over 18 years of age, am not a party in the above entitled action, nor related to any of the parties herein; was duly appointed as a Process Server for the Superior Court of the U.S. Virgin Islands, License No. 23/2009, which Order is still valid.

2. I received copies of Summons and Complaint #ST-19-CV-36 dtd 6 Feb 19 in the above action and was able to serve as follows:

DATE RECEIVED: 24 Apr 19 DATE SERVED: 24 Apr 19 Time: 1:12 pm.
PERSON SERVED: James Casner (in hand).
PLACE SERVED: 9800 Buccaneer Mall Bldg. 2 Suite 9, St. Thomas, VI 00802

3. Such service was personally made by delivering to and leaving with said person true copies of said Summons and Complaint #ST-19-CV-36 dtd 6 Feb 19.

4. The person served was an adult and appeared mentally competent and was properly identified to be the person mentioned and described in said process or the person authorized according to law to receive such process.

5. I have made a diligent search and inquiry in N/A the person to be served but have been unable to find or learn of the whereabouts of the person and thus been unable to serve process on the said person.

SUBSCRIBED AND SWORN TO BEFORE ME THIS 26th
DAY OF April, 20 19.

_____
NOTARY PUBLIC
Shenica Grant Santos
My Commission Expires April 25, 2022
NP-131-18

Marlon A. Richardson
11D Lindberg Bay, St. Thomas, USVI
(340) 998-8453
_____
PROCESS SERVER